IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE and PHYLLIS PARKS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv852-WHA |
| | ) (wo) |
| COUNTRYWIDE HOME LOANS, INC.; | ) |
| BAC HOME LOANS SERVICING, LP.; *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In accordance with the Memorandum Opinion entered on this day, it is ORDERED as follows:

(1) The Plaintiff's Motion to Remand (Doc. #8) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Montgomery County, Alabama.

(2) The clerk is DIRECTED to take all steps necessary to effect this remand.

(3) All other pending motions are left for disposition by the state court.

Done this the 14th day of December, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE